**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−26201−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karlene Woolery
   24 Columbia Street
   Morristown, NJ 07960

Social Security No.:
   xxx−xx−9661

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:            10/18/17
Time:            09:00 AM
Location:         Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: August 22, 2017
JAN: smz

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-26201-RG
Karlene Woolery                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1           Date Rcvd: Aug 22, 2017
                            Form ID: 132             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2017.
```
db          +Karlene Woolery,    24 Columbia Street,    Morristown, NJ 07960-3868
516994890   +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
516994891    Anesthesia Asocciates of Morristown,    C/O DAVID B. WATNER, Esq,    11290 Bloomfeild Ave,
              Caldwell, NJ 07006
516994892   +Asset Acceptance LLC,    1037 Raymond Blv, Suite 710,    Newark, NJ 07102-5427
516994893   +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
516994894   +Discover Bank,    325 Chestnut Street. 501,    Philadelphia, PA 19106-2605
516994895   +Federal National Mortgage Assoication,     14221 Dallas Parkway, Suite 1000,
              Dallas, TX 75254-2946
516994896   +Fein Such, Khan and Shepard,    7Century Drive,    Parsippany, NJ 07054-4673
516994898   +McElroy, Deutsch , Mulvaney, Cartpenter,,    1300 Mount Kemble Ave,    Morristown, NJ 07960-8009
516994899   +Morris County Sheriff,    Forecloure Unit,    560 Hanover Avenue,    Morristown, NJ 07960-2500
516994900   +NEW CENTURY FINANCIAL SERVICE,    Attn: PRESSLER & PRESSLER,    7 ENTIN ROAD,
              Parsippany, NJ 07054-5020
516994902   +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
516994901  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: New Jersey Division of Taxation,    PO Box 245,
              Trenton, NJ 08695-0245)
516994905   +Township of Chester,    1 Parker Dr,    Chester, NJ 07930-3203
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 22 2017 23:13:46      U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 22 2017 23:13:42      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516994897    E-mail/Text: cio.bncmail@irs.gov Aug 22 2017 23:13:15      Internal Revenue Service,
              PO Box 7346,   Philadelphia, PA 19101-7346
516994904   +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2017 23:20:20      Syncb/lord & Tay,   Po Box 965015,
              Orlando, FL 32896-5015
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516994903      State of NJ,   Unknown address,   Trenton, NJ 08605
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2017 at the address(es) listed below:
```
              Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill Manzo    on behalf of Creditor   SETERUS, INC., as authorized subservicer for FEDERAL
               NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
              Walter D. Nealy   on behalf of Debtor Karlene  Woolery nealylaw@gmail.com,
               r43366@notify.bestcase.com
                                                                                             TOTAL: 5
```