Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−26201−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karlene Woolery
   24 Columbia Street
   Morristown, NJ 07960

Social Security No.:
   xxx−xx−9665

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/6/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 8, 2017
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-26201-RG
Karlene Woolery                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 2            Date Rcvd: Nov 08, 2017
                            Form ID: 148           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.
```
db            +Karlene Woolery,    24 Columbia Street,    Morristown, NJ 07960-3868
516994891      Anesthesia Asocciates of Morristown,    C/O DAVID B. WATNER, Esq,    11290 Bloomfeild Ave,
               Caldwell, NJ 07006
516994892     +Asset Acceptance LLC,    1037 Raymond Blv, Suite 710,    Newark, NJ 07102-5427
516994893     +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
516994894     +Discover Bank,    325 Chestnut Street. 501,    Philadelphia, PA 19106-2605
516994895     +Federal National Mortgage Assoication,    14221 Dallas Parkway, Suite 1000,
               Dallas, TX 75254-2946
516994896     +Fein Such, Khan and Shepard,    7Century Drive,    Parsippany, NJ 07054-4673
516994898     +McElroy, Deutsch , Mulvaney, Cartpenter,,    1300 Mount Kemble Ave,    Morristown, NJ 07960-8009
516994899     +Morris County Sheriff,    Foreclure Unit,    560 Hanover Avenue,    Morristown, NJ 07960-2500
516994900     +NEW CENTURY FINANCIAL SERVICE,    Attn: PRESSLER & PRESSLER,    7 ENTIN ROAD,
               Parsippany, NJ 07054-5020
516994902     +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
516994901     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  New Jersey Division of Taxation,    PO Box 245,
               Trenton, NJ 08695-0245)
516994905     +Township of Chester,    1 Parker Dr,    Chester, NJ 07930-3203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2017 22:44:09     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2017 22:44:06     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517103437      EDI: BECKLEE.COM Nov 08 2017 22:23:00     American Express Bank, FSB,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern  PA 19355-0701
516994890     +EDI: AMEREXPR.COM Nov 08 2017 22:23:00     Amex,    Po Box 297871,
               Fort Lauderdale, FL 33329-7871
516994897      EDI: IRS.COM Nov 08 2017 22:23:00     Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
517160226     +EDI: MID8.COM Nov 08 2017 22:23:00     Midland Credit Management, Inc. as agent for,
               Asset Acceptance LLC,    Po Box 2036,    Warren MI 48090-2036
516994904     +EDI: RMSC.COM Nov 08 2017 22:23:00     Syncb/lord & Tay,    Po Box 965015,
               Orlando, FL 32896-5015
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516994903      State of NJ,    Unknown address,    Trenton, NJ 08605
517117028*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,    Department of Treasury,
               Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Nov 08, 2017
                              Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Jill Manzo    on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Walter D. Nealy    on behalf of Debtor Karlene  Woolery nealylaw@gmail.com, r43366@notify.bestcase.com

                                                                    TOTAL: 5

Case 17-26201-RG    Doc 22    Filed 11/10/17    Entered 11/11/17 00:37:48    Desc Imaged
Certificate of Notice    Page 3 of 3